[No. 1310-2. Division Two. April 2, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS REHAK, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 5032, Alan R. Hallowell, J., entered January 11, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 962-3. Division Three. April 2, 1975.]

MADELYN L. DEFIELD, *Respondent,* v. JOSEPH WILLIAM DEFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 18415, Albert Yencopal, J., entered August 22, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1306-3. Division Three. April 2, 1975.]

*In the Matter of the Marriage of* LINDA K. MOE, *Respondent,* and ROBERT E. MOE, *Petitioner.*

Certiorari to review a judgment of the Superior Court for Spokane County, No. 211348, George T. Shields, J., entered October 2, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1315-2. Division Two. April 7, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT F. MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1048, Jay W. Hamilton, J., entered December 17, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Pearson, J.